IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE MENARDE<br><br>    Plaintiff<br><br> v.<br><br>TRI-STATE PROFESSIONAL, RAFAEL A. MORALES, DANIEL DADINO, and MANISH GOEL<br><br>    Defendants/ Third Party Plaintiffs<br> v.<br><br>MEGAN PAJOLLARI and VYAS STUTI<br><br>    Third Party Defendants | CIVIL ACTION NO.<br>16-05560 |

## ORDER

**AND NOW**, this 13th day of June, 2017, upon consideration of Defendant's Motion to Dismiss Recklessness in Plaintiff's Complaint (Dkt. No. 45), which motion was filed by Defendants Rafael Morales and Tri-State Professional on May 4, 2017; upon consideration of Plaintiff's Answer thereto; and for the reasons expressed in the foregoing Memorandum,

  **IT IS ORDERED** that Defendants' motion to dismiss is **DENIED**.

              BY THE COURT:

              **/s/ _Henry S. Perkin_**
              HENRY S. PERKIN,
              United States Magistrate Judge